JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163273)
Chief, Criminal Division

THOMAS E. STEVENS (CSBN 168362)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-6559
    Facsimile: (415) 436-7234
    E-mail: Thomas.Stevens@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> ) <br> ) <br> EDWARD S. EHEE, ) <br> ) <br>    Defendant. ) <br> ) <br>_____ ) | No. CR 09 - 0105 SI <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER AMENDING JUDGMENT** <br><br> DATE:        N/A <br> TIME:        N/A <br> COURTROOM:  Hon. Susan Illston |

**STIPULATION**

    The United States of America, by and through its counsel, Assistant United States Attorney Thomas E. Stevens, and defendant Edward S. Ehee ("defendant"), by and through his counsel, Ismail J. Ramsey, hereby stipulate and agree as follows:

    1. WHEREAS, this Court sentenced defendant on January 15, 2010;

    2. WHEREAS, among other terms and conditions of the Judgment, this Court ordered defendant to pay restitution to victims in an amount of $4,332,516.32 (the "Pre-Offset Total");

    3. WHEREAS, the restitution amount in the Judgment (at page 5) for victim Myong Lee

STIPULATION AND [PROPOSED] ORDER
CR 09 - 0105 SI

1  specifies $156,588.09, but in fact should be $158,588.09 (see Presentence Report, Sentencing
2  Recommendation, pg. 4);

3      4. WHEREAS, the Judgment states that the Pre-Offset Total is to be offset by amounts
4  already paid by the defendant to victims in the parallel civil action entitled Securities and
5  Exchange Commission v. Viper Capital Management, et al., C-06-6966 SI (the "SEC Case");

6      5. WHEREAS, the Judgment (at page 5) also sets forth a specific amount of restitution to
7  be paid to each victim, but the amounts so specified do not reflect, on a per-victim basis, the
8  amount already paid by the defendant to each victim in the SEC Case;

9      6. WHEREAS, paragraph 5 of page 4 of the Judgment requires, among other things, that
10 the defendant "comply and cooperate with the IRS in a good-faith effort to pay any outstanding
11 tax liability, to include any assessed penalty and interest.  The amount due is $75,640";

12     7. WHEREAS, in or around May 2009, the defendant reached an "agreed upon
13 settlement" with IRS-Civil for taxes due, penalties and interest for the tax years 2001 through
14 2006 (the "IRS Settlement");

15     8. WHEREAS, the $75,640 in tax liability referenced in the Judgment is for tax year
16 2005 criminal purposes only, does not reflect the amount that the defendant agreed to pay in the
17 IRS Settlement, and the parties intended that all of defendant's tax liabilities for the years 2001
18 through 2006 be resolved pursuant to the terms of the IRS Settlement;

19     9. WHEREAS, in order accurately to reflect the proper restitution amounts owing and
20 the restitution payments already made, and to avoid confusion with respect to defendant's tax
21 liabilities as they relate to the Judgment, the parties to this criminal action seek an order
22 amending the Judgment;

23     10. NOW, THEREFOR, the parties stipulate and agree that:  (a) the total amount of
24 restitution outstanding, after the offset from the SEC Case, is $4,017,344.32; (b) the per-victim
25 amounts of restitution to be paid after accounting for the amounts already paid to them in the
26 SEC Case are as follows:

| Name of Payee | Pre-Offset Amount | Corrected Amount |
|---|---|---|
| Anira Advisory Group | $1,400,000 | $1,292,816.00 |

| | | |
|---|---|---|
| Kevin Bradford | $947,610.28 | $874,559.28 |
| Richard Garman | $1,500,000 | $1,385,160.00 |
| Myong Lee | $158,588.09 | $158,588.09 |
| Dr. Tae Noe | $200,000 | $184,688.00 |
| Estate of Giovanni Magistrali | $126,317.95 | <u>$121,532.95</u> |
| **Total** | | **$4,017,344.32** |

and (c) the second sentence of the fifth paragraph on page 4 of the Judgment should read, "The amount due is as set forth in agreed upon settlements between the defendant and the IRS, executed by the defendant on May 11, 2009 and May 24, 2009."

IT IS SO STIPULATED.

Dated: January 29, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s_____
THOMAS E. STEVENS
Assistant United States Attorney

_____/s_____
ISMAIL J. RAMSEY
Attorney for defendant Edward S. Ehee

### ORDER

The parties having stipulated as set forth above, and good cause appearing therefor, IT IS SO ORDERED that the Judgment be amended as reflected in Paragraph 10 of the stipulation.

_____
Susan Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 09 - 0105 SI                           3